Affidavit Attached

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Chad Austgen

*Plaintiff(s)*

v.

Allied Barton Security Services LLC

*Defendant(s)*

Civil Action No. 4:18-cv-00949

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allied Barton Security Services LLC c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellen Sprovach
Rosenberg & Sprovach
3518 Travis, Suite 200
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David J. Bradley
*Signature of Clerk or Deputy Clerk*

Date: 06/21/2018

**Affidavit Attached**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-00949

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:18-CV-00949

Plaintiff:
**Chad Austgen**

vs.

Defendant:
**Allied Barton Security Services LLC**

For:
Ellen Sprovach
Rosenberg & Sprovach
3518 Travis
Suite 200
Houston, TX 77027

Received by Courthouse Connection, L.L.C. on the 2nd day of July, 2018 at 1:09 pm to be served on **Allied Barton Security Services, Llc c/o registered agent CT Corporation System Inc, 1999 Bryan St, 9th Floor, Dallas, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **2nd day of July, 2018 at 3:15 pm, I:**

Executed service by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Original Petition**, to: **Kim Hightoiwer as Autrhorized Acceptance Agent** at the address of: **1999 Bryan St, 9th Floor, Dallas, TX 75201**, who is authorized to accept service for **Allied Barton Security Services, Llc**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 2nd day of July, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

**Anthony Collins**
PSC-357 Expires 12/31/2019

Courthouse Connection, L.L.C.
5208 Harrisburg Blvd.
Houston, TX 77011
(713) 228-0502

Our Job Serial Number: ONT-2018002691

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

