Post: Turning Basin Ramp Road 4

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 7

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

Post: Rover Positions

Description: Relieve any other post described above from time to time for breaks to to cover as needed due to absence. Supervise other security professionals and ensure adherence to policy. Operate motor vehicle to and from posts as needed for relief. Monitor locks and gates and correct security deficiencies. Other minor duties as needed.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

AUSTGEN000009

# SECURITY OFFICER

| Department | Operations |
| --- | --- |
| Reports to | Account Manager or Site |

**Description:**
At AlliedBarton, quality starts and ends with our Security Officers. It's their professionalism, competence and commitment that make the difference. AlliedBarton's Security Officers serve and secure the people, homes and businesses of our communities.

**Key Responsibilities:** In addition to the requirement of regular and predictable attendance for this position, list 5 additional key responsibilities in order of importance to the job/department. Include the estimated time spent on each in a given week.

Patrol facility or man post as instructed and serve as a general security presence and visible deterrent to crime and client rule infractions; detect suspicious activities and watch for criminal acts or client rule infractions at or near assigned post which may be a threat to the property, client or employees at the site; report all incidents, accidents or medical emergencies; respond to emergencies and alarms by following emergency response procedures; maintain a friendly and professional demeanor; be good communicators; report to work on time and complete assigned shift; maintain a neat, professional appearance; and understand and successfully execute Post Orders and/or other client instructions or guidelines.

**Responsibilities Specific to Assigned Client/Post:**
List up to 5 key responsibilities for the Client/Post-specific position.
1. Must be physically able to stand for long periods of time, up to and over 8 hours.
2. Must be physically able to climb and descend a minimum of 6 stairs on a repetitive basis for up to and over 8 hours.
3. Must be physically able to work in all weather conditions for up to 8 hours or more.
4. Must be physically able to lift, push or pull up to 30 pounds.
5. Must be physically able to perform repetitive motion bending, squatting, reaching and twisting, etc. for up to and over 8 hours.

**Additional Responsibilities (Note other primary accountabilities, if desired):**

**Basic Qualifications:**
- At least 18 years of age or older as required by applicable law or contractual requirements.
- A high school diploma or GED, or experience gained through at least 10 years of verifiable employment history
- At least one verifiable employer or Associates degree.
- No criminal convictions as specified under AlliedBarton guidelines and consistent with applicable law.
- Able to communicate effectively in English, both orally and in writing, for the purpose of public interaction and report writing.
- Authorized to work in the United States
- Able to perform essential functions of the position with or without reasonable accommodation

AUSTGEN000010



## Fitness for Duty Form

| Employee Name | Chad Austgen | Date | 9/20/16 |
|---|---|---|---|
| Physician's Name | R. Ed. Sanjes | | |
| Office Address | 323 N Texas Ave | | |
| | Weslaco TX 78596 | | |

Please complete the following form. If the patient is able to return to full duty with no restrictions, please complete the appropriate box. If the patient is able to return only to limited duty with restrictions, please complete the appropriate box and list specifically, in the space provided, the restrictions.

| Mr./Mrs./Ms. | Chad Austgen |
|---|---|

| Has been under my care from | 9/16/16 | to | present |
|---|---|---|---|

| He/she may return to full duty with no restrictions as of | |
|---|---|

| He/she may return to light duty with restrictions as of | 9/20/16 |
|---|---|

### Please Specify Restrictions

Limited to parts indicated on attached forms.

_____
Signature of Health Care Provider

_____
Type of Practice

AUSTGEN000011

- Negative result on pre-employment drug screen
- Successful completion of AlliedBarton's Security Officer Basic Course exam
- Demonstrated ability to gain and maintain appropriate state and local permits and licenses.
- Ability to maintain satisfactory attendance and punctuality standard
- Neat and professional appearance
- Friendly and professional demeanor
- Ability to provide quality customer service
- Ability to handle typical and crisis situations efficiently and effectively at client site.

AUSTGEN000012

I, Dr. R. Eric Santos, M.D., recommend that Mr. Chad Robert Austgen be assigned or not assigned to the following posts as indicated below in order to prevent pain and aggravation to disability:

R. Eric Santos, M.D.

September 22, 2016
Date

Post: Barbour's Cut Stage 3

Description: Monitor exiting vehicle traffic. Allow no non-emergency vehicle entrance.

Screening Percentage: 0%

Monthly Estimated Screening: 0

(Physician Does Recommend)          Physician Does Not Recommend

Post: Barbour's Cut Stage 2

Description: Alternate in approximately 45 minute shifts between screening commercial vehicles and verifying driver credentials.

Screening Percentage: 15%

Monthly Estimated Screening: 3,200

Physician Does Recommend          (Physician Does Not Recommend)

Post: Barbour's Cut Gate 16

Description: Monitor vehicle traffic and verify credentials for port vehicles. Screen vehicles occasional to satisfy quota.

Screening Percentage: 5%

Monthly Estimated Screening: 34

(Physician Does Recommend)          Physician Does Not Recommend

AUSTGEN000013

Post: Barbour's Cut Gate 12

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 900

Physician Does Recommend          Physician Does Not Recommend

---

Post: Barbour's Cut Gate 8

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 72

Physician Does Recommend          Physician Does Not Recommend

---

Post: Barbour's Cut Gate 4

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 535

Physician Does Recommend          Physician Does Not Recommend

---

Post: Bayport Exit Gate

Description: Monitor exiting vehicle traffic. Allow no non-emergency vehicle entrance.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

AUSTGEN000014

Post: Bayport Truck Lanes

Description: Alternate in approximately 90 minute shifts between screening commercial vehicles and verifying driver credentials.

Screening Percentage: 15%

Monthly Estimated Screening: 9,460

Physician Does Recommend          Physician Does Not Recommend

---

Post: Bayport Gate 1

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 500

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Grain

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 100%

Monthly Estimated Screening: No estimate due to low traffic

Physician Does Recommend          Physician Does Not Recommend

---

AUSTGEN000015

Post: Turning Basin Woodhouse

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 33

~~Physician Does Recommend~~    Physician Does Not Recommend

---

Post: Turning Basin Gate 1

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Redirect all commercial vehicles to appropriate gate.

Screening Percentage: 0%

Monthly Estimated Screening: 0

~~Physician Does Recommend~~    Physician Does Not Recommend

---

Post: Turning Basin Gate 8

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 869

Physician Does Recommend    ~~Physician Does Not Recommend~~

---

Post: Turning AA Gate

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 1,358

Physician Does Recommend    ~~Physician Does Not Recommend~~

AUSTGEN000016

Post: Turning Basin Gate A

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to satisfy quota.

Screening Percentage: 15%

Monthly Estimated Screening: 2,883

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Ramp Road 8

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Ramp Road 9

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Ramp Road 6

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen deliveries and vendors as needed

Screening Percentage: 0%

Monthly Estimated Screening: No estimate due to low volume.

Physician Does Recommend          Physician Does Not Recommend

AUSTGEN000017

Post: Turning Basin Main Truck Gate

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen to meet quota

Screening Percentage: 15%

Monthly Estimated Screening: 2,872

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Gate 18

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons. Screen vehicles as needed to maintain quota.

Screening Percentage: 15%

Monthly Estimated Screening: 395

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Ramp Road 1

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

---

Post: Turning Basin Ramp Road 2

Description: Monitor vehicle traffic and verify credentials and authorization for entering persons.

Screening Percentage: 0%

Monthly Estimated Screening: 0

Physician Does Recommend          Physician Does Not Recommend

AUSTGEN000018