

Austin000022



n000023



I, Dr. R. Eric Santos, M.D., recommend that Mr. Chad Robert Austgen be assigned or not assig
following posts as indicated below in order to prevent pain and aggravation to disability.

R. Eric Santos, M.D.

Septemb
Date

Post: Barbour's Cut Stage 3

(Physician Does Recommend)          Physician Does Not Recommend

Post: Barbour's Cut Stage 2

Physician Does Recommend          (Physician Does Not Recommend)

Post: Barbour's Cut Gate 16

(Physician Does Recommend)          Physician Does Not Recommend

Austgen000024



Post: Barbour's Cut Gate 12

Physician Does Recommend          Physician Does Not Recommend

Post: Barbour's Cut Gate 8

Physician Does Recommend          Physician Does Not Recommend

Post: Barbour's Cut Gate 4

Physician Does Recommend          Physician Does Not Recommend

Post: Bayport Exit Gate

Physician Does Recommend          Physician Does Not Recommend

en000025



Post: Bayport Truck Lanes

Physician Does Recommend          Physician Does Not Recommend

Post: Bayport Gate 1

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Grain

Physician Does Recommend          Physician Does Not Recommend

Austgen000026



000027



Post: Turning Basin Main Truck Gate

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Gate 18

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 1

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 2

Physician Does Recommend          Physician Does Not Recommend

en000028



Post: Turning Basin Ramp Road 4

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 8

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 9

Physician Does Recommend          Physician Does Not Recommend

Post: Turning Basin Ramp Road 6

Physician Does Recommend          Physician Does Not Recommend



Post: Turning Basin Ramp Road 4

Physician Does Recommend        Physician Does Not Recommend

Post: Turning Basin Ramp Road 7

Physician Does Recommend        Physician Does Not Recommend

Post: Rover Positions

Physician Does Recommend        Physician Does Not Recommend

h000030