

September 14, 2016

Chad Austgen
307 Lakeside Dr.
Kemah, Texas 77565

Dear Chad:

You have requested a leave of absence beginning **September 5, 2016**. You are not eligible for leave under the Family and Medical Leave Act (FMLA); however, according to AlliedBarton's policy, you are eligible for a 30-Day Leave of Absence.

According to the provisions set forth by AlliedBarton's company policy:

➢ You are eligible for 30 Days of unpaid leave not to extend beyond **October 5, 2016**.
➢ Your benefits under AlliedBarton's group health plan will continue, however, you will be required to pay your portion of the premium cost.
➢ Upon return from a 30-Day leave, AlliedBarton will make every effort to assign you to the same or equivalent position. However, AlliedBarton does not guarantee to have a position available.

Effective today your leave has been <u>conditionally approved</u> pending receipt of the following information. Please complete the enclosed information and return it to me by **September 29, 2016**.

➢ Request for Leave of Absence form
➢ Medical Certification is required; please have your physician complete the attached Certificate of Health Care Provider.

**Note:  Final approval is not granted for this leave until the appropriate documentation is provided. Failure to provide the attached documentation may cause a delay or denial of your leave.**[1]

If you have any questions, please feel free to contact me at 281-334-2300.

Sincerely,

Christon Crum
HR Coordinator

Attachments- Request for Leave/ Certificate of Healthcare Provider

---

[1] The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Updated 3/11

Austgen000031

# AlliedBarton Request for Leave of Absence

I would like to request a leave of absence beginning _____9/5/16_____ through_____10/5/16_____ for the following reason:

| | |
|---|---|
| ☐ | The birth of my child, or the placement of a child with me for adoption or foster care* or |
| ☐ | A serious health condition* that makes me unable to perform my job; or |
| ☐ | A serious health condition* my spouse, ☐ my child, ☐ or parent, ☐ for which you are needed to provide care. |
| ☐ | Other Reason:_____ |

**\*MEDICAL CERTIFICATION OR OTHER DOCUMENTATION REQUIRED FOR ALL LEAVES\***

| Name: Chad Austgen | Date: 9/14/2016 | Employee # 495876 |
|---|---|---|
| Address: 307 Lakeside Dr.<br>Kemah, Texas 77565 | Type of Leave Requested:<br>☐☐ FMLA*    ☐☐ 30-day leave*<br>Military*    Other*_____ | |
| | Site: 120116 | Manager: T. Hinojosa |

### Note: Final approval is not granted for this leave until the appropriate documentation is provided.

I understand that, prior to the approval of this Leave; appropriate documentation including medical certification may be required. During my leave, AlliedBarton may also require me to furnish periodic reports of my status and intent to return to work. If the circumstances of my leave change and I am able to return to work earlier than the above date, I will notify my manager as soon as possible.

I understand that upon return from approved FMLA leave I am entitled to be reinstated in a same or equivalent position with equivalent pay, benefits and terms and conditions of employment. This right is not absolute. In addition, I recognize that my position may be eliminated or otherwise altered while I am on leave if it would have been eliminated or altered even if I had not been on leave.

I understand that upon return from an approved 30-Day Medical Leave, AlliedBarton will make every effort to assign me to the same or similar position. I also understand that AlliedBarton will make no guarantee to have a position available.

I understand that I may be required to provide a fitness-for-duty certificate prior to being restored to employment. I will contact my manager at *least ten days prior* to my anticipated return. I understand that my failure to contact my manager or to present a requested fitness-for-duty certificate may cause a delay in my return to work. **For any approved Leave, if I state my intention not to return to work, I may be denied reinstatement. Finally, I understand that my failure to return to work after a leave will be considered a voluntary resignation.**

### Benefit Premium Authorization

☐ Coverage under the AlliedBarton group health plan will continue during your leave. In order to continue your coverage, you must commit to paying your portion of the premiums which is _____ per pay period. Employees on paid Leave will continue to have deductions taken. Employees on unpaid Leave will have the following options: 1) pay the estimated amount owed up front (based on the requested Leave duration) via check or deduction prior to Leave; 2) pay upon return to work via payroll "missed deductions"; or 3) upon failing to return from Leave, pay through a deduction from any monies owed the employee (vacation, escrows, etc).
Please make checks payable to: AlliedBarton Security Services and mail to:

> AlliedBarton Security Services
> 161 Washington Street, Suite 600
> Conshohocken, PA 19428
> Attn: Benefits Department

Be it known that I _____, Employee #_____hereby authorize and direct AlliedBarton to withhold any remaining portion of my unpaid monthly premiums until the sum of $_____ has been collected. It is further agreed that should my employment with AlliedBarton be terminated or cease for any reason Allied-Barton will immediately and without notice to me, deduct any outstanding sums form any payroll that may be due me, and forward any sums remaining to me. It is agreed and understood that the purpose of this deduction is to reimburse AlliedBarton for my monthly portion of health and welfare premiums paid by AlliedBarton on my behalf.

Signature:                                                    Date:

Austgen000032

- Negative result on pre-employment drug screen.
- Successful completion of AlliedBarton's Security Officer Basic Course exam.
- Demonstrated ability to gain and maintain appropriate state and local permits and licenses.
- Ability to maintain satisfactory attendance and punctuality standard.
- Neat and professional appearance.
- Friendly and professional demeanor.
- Ability to provide quality customer service.
- Ability to handle typical and crisis situations efficiently and effectively at client site.

Austgen000033