Thu, 09/01/2016



Please let me know as soon as you are able to figure out anything with a post switch for my back so that I can schedule accordingly. Thank you in advance.

12:55



I will.

12:58



Let you know when I have something available.

12:59

Austgen000034