ALLIEDUNIVERSAL℠
_There for you._

August 11, 2017

EEOC, Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002

Re:   Chad Austgen v. Allied Universal
      EEOC Case No. 460-2017-03498

Dear Sir/Madam:

Please allow this letter to serve as the Response of Allied Universal Security Services ("Allied Universal") regarding the above-referenced Charge of Discrimination. Allied Universal reserves the right to supplement or modify this Position Statement should additional information become available.

The Complainant, Chad Austgen ("Mr. Austgen"), alleges that he was discriminated against on the basis of disability status, and retaliated against. Allied Universal categorically denies Mr. Austgen's claims. At all times, Allied Universal and its agents have complied with Allied Universal's own legitimate policies and all local, state, and federal laws regarding fair employment practices.

I.    DISCUSSION

By way of background, Allied Universal is contracted to provide security services at many sites throughout Texas. Mr. Austgen was initially hired in January 2016 as a security professional at one such site, the Port of Houston.

On or around September 1, 2016, Mr. Austgen informed Allied Universal of a back issue. He requested and received a leave of absence, effective September 5.

On September 22, Mr. Austgen notified Allied Universal that he was ready to return to work, and Allied Universal requested confirmation that he would be able to perform the essential functions of his job. On September 26, Allied Universal received a letter from Mr. Austgen's physician saying that Mr. Austgen was released to work with restrictions.[1] Allied Universal notified Mr. Austgen that these restrictions would prevent him from performing the essential functions of his job, and offered to reassign him to a more suitable post. Just four days later, on September 30, Mr. Austgen was offered a position at a Phillips 66 facility, where he would be able to perform all essential job functions and would earn the same wage. Mr. Austgen accepted this

---

[1] See Exhibit A.

Austgen000049

offer, and worked at the Phillips 66 site. On May 14, he unexpectedly resigned to accept a job offer from Allied Universal's client at that site.

### A.    Mr. Austgen was given a reasonable accommodation.

Mr. Austgen claims that he was discriminated against because of his disability because he was not assigned to one of the posts which he claims was suitable. This is false. Within four days of receipt of Mr. Austgen's doctor's note outlining his restrictions, Allied Universal transferred Mr. Austgen as a reasonable accommodation to a position which met his needs. By promptly providing Mr. Austgen with a reasonable accommodation, Allied Universal complied with its obligations under the ADA, and thus Mr. Austgen's claim must be dismissed.

### B.    Mr. Austgen was not retaliated against.

Mr. Austgen claims that he was retaliated against because Allied Universal was trying to "force [him] out of [his] position". This is also false. Allied Universal took no action to force Mr. Austgen from his position; on the contrary, Allied Universal merely granted Mr. Austgen's request for a leave of absence. Once Mr. Austgen was ready to return from this leave of absence, Allied Universal kept him at the same position at the same rate of pay, just at a different site. Mr. Austgen voluntarily accepted the assignment to the new site. In other words, Allied Universal took no adverse action whatsoever against Mr. Austgen, and Mr. Austgen's charge of retaliation must be dismissed.

## II.    CONCLUSION

In summary, Allied Universal did not discriminate or retaliate against Mr. Austgen. Allied Universal granted Mr. Austgen a reasonable accommodation, and never took adverse action against him. As Mr. Austgen's claims clearly lack merit, Allied Universal respectfully requests you dismiss his allegations and enter a finding of no probable cause.

Thank you for your consideration of our position. Requests for additional information should be emailed to Andrew.King@aus.com. If you need to speak with someone please contact Mr. King at 404-844-4619.

Sincerely,


Andrew King
Legal Services Group

Austgen000050

Allied Universal
161 Washington Street
Suite 600
Conshohocken, PA 19428
Phone: 404-844-4619
Andrew.King@aus.com

Austgen000051