**Alyea, Katherine**

| | |
|---|---|
| **From:** | Alyea, Katherine |
| **Sent:** | Thursday, September 15, 2016 10:36 AM |
| **To:** | Rekow, Dave |
| **Subject:** | RE: AUSTGEN - POHA |

He is on LOA until he submits a Fit for duty.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Thursday, September 15, 2016 10:36 AM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

Status, please.

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Tuesday, September 13, 2016 5:06 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Subject:** RE: AUSTGEN - POHA

He was given the fit for duty last Wednesday, he has not returned it.
If he has not returned it by tomorrow, I will call him to follow up.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Tuesday, September 13, 2016 4:58 PM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

Update me on this please, Katherine.

**Dave Rekow**

1

Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Wednesday, September 07, 2016 4:56 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

I actually forgot to ask her about that today when I spoke to her.
I will get back to you.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Wednesday, September 07, 2016 4:50 PM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

What about his back issue and request for a new shift assignment?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Wednesday, September 07, 2016 4:30 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

Dave,
Nothing has changed for Chad, since initiated the complaint.
Terry has not made any announcements and has stated that she has to present the current selections to the FSO's.
After the FSO's have met with the officers, she will let the other officers and Chad know that they have not been selected.
Thanks,

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

2

**From:** Rekow, Dave
**Sent:** Wednesday, September 07, 2016 4:23 PM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: AUSTGEN - POHA

Katherine, please update me on Austgen's status.  Have we given him a new schedule?  Is he still working his old one?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Thursday, September 01, 2016 4:22 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Subject:** RE: AUSTGEN - POHA

No she has not, now he is stating that he is having back issues and wants a different schedule.
It may be a bigger issue because he will not be able to work until he gets a fit for duty.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Thursday, September 01, 2016 4:18 PM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>; Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** AUSTGEN - POHA

I forgot to ask Terry about this when I was visiting the port earlier today.  Has she informed Chad that he was not selected?  If so, how did he react to that news?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Tuesday, August 30, 2016 1:19 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>; Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

I have received the information, waiting on clarification.
All this took place on 7/15/16 and he just emailed us on 8/23/16?
Asking officer for a statement on  what happened a month ago is not going to be very factual.

3

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Tuesday, August 30, 2016 1:12 PM
**To:** Taggart, Robert <Robert.Taggart@aus.com>; Alyea, Katherine <Katherine.Alyea@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

Now I know who this is.  Do we have documentation from Mike's "investigation" (assuming he shared what he had with us)?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Taggart, Robert
**Sent:** Tuesday, August 30, 2016 12:02 PM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>; Rekow, Dave <Dave.Rekow@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

Kevin is conducting phone interviews with S/O's at the site today.

We were requested to remove Page by the client for False Entries in her log.  She will not discuss the incident that she has been removed for but instead went to the EEOC.

-Bob

**Robert Taggart**
District Manager

**Allied Universal**
880 Lawrence Rd. | Suite 186 | Kemah, Texas  77565
W: 281.334.2300 | C: 713.851.7617 | robert.taggart@aus.com
www.AUS.com   Texas License C04935



*Note that my email address has changed. Please update your records.*

**From:** Alyea, Katherine
**Sent:** Tuesday, August 30, 2016 11:57 AM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Cc:** Taggart, Robert <Robert.Taggart@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

It was the sexual harassment charge- Linda Page, she is now suspended and has added on to the charge.
I have not received it yet, I am waiting for Brian Wallen to send it over.

4

Katherine Alyea
District Support Manager
Allied Universal
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

From: Rekow, Dave
Sent: Tuesday, August 30, 2016 11:55 AM
To: Alyea, Katherine <Katherine.Alyea@aus.com>
Cc: Taggart, Robert <Robert.Taggart@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Which EEOC charge was this and what was amended?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

From: Alyea, Katherine
Sent: Tuesday, August 30, 2016 11:49 AM
To: Rekow, Dave <Dave.Rekow@aus.com>
Cc: Taggart, Robert <Robert.Taggart@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Yes, I will be talking to Terry, I am working with her on other issues as well.
They just received an amendment to their EEOC charge.

Katherine Alyea
District Support Manager
Allied Universal
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

From: Rekow, Dave
Sent: Tuesday, August 30, 2016 11:47 AM
To: Alyea, Katherine <Katherine.Alyea@aus.com>
Cc: Taggart, Robert <Robert.Taggart@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Katherine, I assume you'll be following up with Terry to see if she has informed him he was not
selected?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

From: Rekow, Dave
Sent: Wednesday, August 24, 2016 7:39 AM
To: Alyea, Katherine <Katherine.Alyea@aus.com>

5

Cc: Bob Taggart (Robert.Taggart@alliedbarton.com) <Robert.Taggart@alliedbarton.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Terry tells Bob Chad did poorly during the interview. All he wanted to discuss was things the FSO's – read clients – are doing wrong or not in compliance with the regulations. He will not be selected for promotion at POHA.

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

From: Alyea, Katherine
Sent: Thursday, August 18, 2016 4:25 PM
To: Rekow, Dave <Dave.Rekow@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Dave,
Chad was interviewed on Tuesday and Terry has two more interviews tomorrow, before she will make a decision.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

From: Rekow, Dave
Sent: Wednesday, August 17, 2016 10:46 AM
To: Alyea, Katherine <Katherine.Alyea@aus.com>
Cc: Thurman, Jewel <Jewel.Thurman@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Katherine,

Please update me on this situation before you depart on vacation. Also, make sure Jewel is thoroughly in the loop in case we need to do something while you're away. I do not want to deal with Christon on this issue as I think it takes somebody with more experience to have proper insight.

Regards,

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

From: Alyea, Katherine
Sent: Friday, August 12, 2016 1:17 PM
To: Rekow, Dave <Dave.Rekow@aus.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

The interview has been switched to next week.

If he does not get the position, I will thank him for letting us know about out posting deficiencies.

I have spoken to Terry on posting her jobs and promotion requirements on site and will follow up with her once I close out with Chad.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Alyea, Katherine
**Sent:** Friday, August 12, 2016 12:07 PM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

She is calling me at 1p.m. today.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Friday, August 12, 2016 10:32 AM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

How did Terry's interview with Chad go?  Any idea what the next step(s) will be?

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

**From:** Alyea, Katherine
**Sent:** Tuesday, August 09, 2016 10:02 AM
**To:** Rekow, Dave <Dave.Rekow@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

Terry stated she would be interviewing him on Thursday.

**Katherine Alyea**
District Support Manager
**Allied Universal**
W: 713-939-4222 | C: 713-321-0086 | Katherine.alyea@aus.com

**From:** Rekow, Dave
**Sent:** Tuesday, August 09, 2016 9:44 AM
**To:** Alyea, Katherine <Katherine.Alyea@aus.com>
**Subject:** RE: Irregularities in Promotion Processes at Port of Houston

7

Katherine,

Please update me as to where we stand with Chad's situation.

Thanks,

**Dave Rekow**
Regional Vice President

**Allied Universal**
W: 713.939.4234 | C: 281.725.8653 | dave.rekow@aus.com

From: Rekow, Dave
Sent: Monday, August 01, 2016 10:49 AM
To: Alyea, Katherine <Katherine.Alyea@alliedbarton.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Let me know how Chad stands after Terry interviews him.

**David W. Rekow**
Vice President, Operations
AlliedBarton Security Services
1235 North Loop West | Suite 400 | Houston, TX 77008
W: 713.939.4234 | C: 281.725.8653 | E: dave.rekow@alliedbarton.com

From: Rekow, Dave
Sent: Sunday, July 31, 2016 11:36 AM
To: Alyea, Katherine <Katherine.Alyea@alliedbarton.com>
Subject: RE: Irregularities in Promotion Processes at Port of Houston

Okay. See me to discuss at 1000 tomorrow morning. I'll send a meeting invitation.

**David W. Rekow**
Vice President, Operations
AlliedBarton Security Services
1235 North Loop West | Suite 400 | Houston, TX 77008
W: 713.939.4234 | C: 281.725.8653 | E: dave.rekow@alliedbarton.com

From: Alyea, Katherine
Sent: Saturday, July 30, 2016 3:21 PM
To: Rekow, Dave <Dave.Rekow@alliedbarton.com>
Subject: Re: Irregularities in Promotion Processes at Port of Houston

He spoke with me by phone. Terry will be interviewing him with her other candidates, when she gets back from vacation. Unfortunately if she chooses him, there maybe push back from the FSO's due to previous interactions.

Katherine Alyea PHR
AlliedBarton Security Services

8

District Support Manager
713-939-4222


On Jul 30, 2016, at 3:18 PM, Rekow, Dave <Dave.Rekow@alliedbarton.com> wrote:

How did your meeting with Chad go?  Did he come in personally or did you speak by phone?

**David W. Rekow**
Vice President, Operations
AlliedBarton Security Services
1235 North Loop West | Suite 400 | Houston, TX 77008
W: 713.939.4234 | C: 281.725.8653 | E: dave.rekow@alliedbarton.com

From: Chad Austgen [mailto:craustgen@gmail.com]
Sent: Wednesday, July 27, 2016 10:46 AM
To: Haas, Pete <Pete.Haas@alliedbarton.com>
Cc: Alyea, Katherine <Katherine.Alyea@alliedbarton.com>; Rekow, Dave
<Dave.Rekow@alliedbarton.com>; Taggart, Robert <Robert.Taggart@alliedbarton.com>
Subject: Re: Irregularities in Promotion Processes at Port of Houston


Mr. Haas and all concerned,

I have received contact from Ms Alyea and am working with her to determine a time to meet.
Thank you for all of your time and attention in this matter.

Very Respectfully,
Chad Austgen
832-385-8652


On Jul 26, 2016 18:50, "Haas, Pete" <Pete.Haas@alliedbarton.com> wrote:

Thanks Bob.
Katherine will take over this query and I know she'll do a thorough review of the circumstances
and processes.
Regards.

Pete Haas
Managing Partner
AlliedBarton Security Services
Direct  214.688.1006
Mobile  972.529.0215

Sent from my iPhone


On Jul 26, 2016, at 4:45 PM, Taggart, Robert <Robert.Taggart@alliedbarton.com> wrote:

Chad-

9

Thank you for your patience while I have been following up on your promotional concerns. As I was reviewing the posting process and the opportunities that you had applied for I found that you had also applied for some positions out of the Houston District Office.

Because, in part, there are two offices involved, as well as the nature of your concern, I have asked Katherine Alyea to take over the review. She is our District Support Manager and oversees certain aspects of our recruiting and Human Resources in both the Houston and Kemah offices. You should feel free to speak openly with her, she has been made aware of my efforts related to your concerns as well as an overview of our initial contact with your prior concerns. I am certain that she will be contacting you directly.

-Bob

**Robert P. Taggart**

District Manager

AlliedBarton Security Services

800 Lawrence Road, Suite 186 Kemah, TX 77565

Office: 281.334.2300 | Mobile: 713.851.7617

Fax: 281.334.1016 | E: robert.taggart@alliedbarton.com

License Number: C04935

From: craustgen [mailto:craustgen@gmail.com]
Sent: Friday, July 15, 2016 8:07 AM
To: Taggart, Robert <Robert.Taggart@alliedbarton.com>
Cc: Haas, Pete <Pete.Haas@alliedbarton.com>; Rekow, Dave <Dave.Rekow@alliedbarton.com>
Subject: Irregularities in Promotion Processes at Port of Houston

Sir,

At the request of Mr. Pete Hass (CC'd), I am compelled to respectfully request unusual oversight in the promotion process for supervisor positions at the Port of Houston contract. I reference Mr. Hass because of instructions he gave, that if I felt any indication of retaliatory behavior within the company following my report of unethical behavior, that I would bring forward my concerns.

Unfortunately, I cannot offer firm proof that retaliation has occured as I am in the compromised position of continuing to be subordinate to the persons I reported, which is why my request is for additional oversight in order to allow for an environment of transparency and accountability. I will however, briefly expound upon the circumstances which I view as unusual, and which I believe merit some level of investigation.

For some time the hiring process has been atypical of what is prescribed for in the Allied Barton employee handbook. The process calls for internal openings to be generally posted at the site which has the opening. I have seen many resignations, firings, hirings and promotions during my tenure at this location, but only once has a job opening been posted for all employees to apply and compete fairly. It is irregular that the hiring process is inconsistent in its execution.

During the one posted application process, I was informed that I was not qualified for the position as I was approximately two weeks short of the required six month period of employment required for promotion. Several weeks before that opening a rover was hired "off the street" with no previous experience at the Port of Houston. It is irregular that I would be held to a different standard from other supervisors.

Many weeks ago the Sergeant in charge of the Bayport truck lanes where I work regularly was promoted to a rover position, while I was asked by several of my immidiate supervisors if I was interested in the position, it has gone unfilled.

Most recently, a rover position became open following another officer's termination. Supervisor positions have in general been filled within a few days of the position's opening. Now that there is no stated requirement for the position that I do not dramatically exceed , the position has been open for several weeks. It is irregular that after I have met and surpassed every possible qualifier for the promotion process, that the process works differently in a sudden and unexpected way.

11

Before accepting this position at the port, I was offered a supervisor position at the Bank of America downtown. It is irregular that I would be immidiately qualified as a supervisor at other locations in the company but would struggle to acheive even small administrative promotions here, given a record of extreme integrity, outstanding performance, and the respect of my immidiate supervisors, who I encourage you to contact and interview regarding my performance and their opinion of my capability.

Again, unfortunately, I am in the position to say that I do not jump management chain without deliberation. I open myself to an extreme level of scrutiny. If there were any instance of truancy, tardiness, lack of compliance with standards, poor work performance, or any other act of unprofessionalism, I would expect it to be levied against my complaint quickly and to my embarrassment given my willingness to go outside of the chain of command. No such incident exists. I have pursued professional development through the Allied Barton edge program, I have led Marines in combat as a Sergeant, I have supported our nations most professional warriors in the Special Operations community, I have acted as our country's intelligence liason to other nation's Special Operations forces, I hold myself, my colleagues, and my superiors to the highest standards of integrity and professionalism and will continue to do so. My career in the military and security field has been one I take great pride in and my accomplishments and commendations are a result of this dedication. Excuse my frustration while I rhetorically ask, what qualifications are necessary? Which standard have I not met?

I thank you all sincerely for your attention and time in this matter and for the previous guaruntee that I would be safe from retaliation in my career. I believe that leadership travels up the chain of command as well as down and that failure to bring legitimate concerns to you would be an act of moral cowardice and a failure to all of you, in addition to a disservice to myself.

With Utmost Respect,

Chad Austgen

Craustgen@gmail.com

832-385-8652

12