IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHAD AUSTGEN,**

     Plaintiff,

v.

                                              C.A. No. 4:18-cv-00949

**ALLIED BARTON SECURITY SERVICES,
LLC, n/k/a Allied Universal,**

                                              JURY DEMANDED

     Defendant

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CAME ON this day to be heard, Defendant Allied Barton Security Services, LLC, n/k/a Allied Universal's Motion for Summary Judgment and Plaintiff Chad Austgens' Response to Defendant's Motion for Summary Judgment. The Court after having reviewed the Motion, Plaintiff's Response, and the evidence on file, is of the opinion that such Motion should be in all thing **DENIED**. It is therefore,

ORDERED, that the Defendant's Motion for Summary Judgment be **DENIED**.

Signed this _____ day of _____, 2019.

                                            _____

                                            Nancy F. Atlas
                                            United States District Judge